IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JOHN GLEN JOHNSON,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:19-cv-00114-HSM-HBG |
| v. ) | |
| ) | |
| **APPFOLIO, INC.,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF EXTENSION OF TIME

Pursuant to Local Rule 12.1 of the United States District Court for the Eastern District of Tennessee, Plaintiff John Glen Johnson, by and through his counsel, and Defendant AppFolio, Inc., by and through its counsel, hereby inform the Court of the following:

1. On April 5, 2019, Plaintiff filed the Complaint in this action.

2. On April 15, 2019, Plaintiff provided Defendant a Waiver of Service of Summons under Rule 4 of the Federal Rules of Civil Procedure. On April 17, 2019, Defendant executed the Waiver of Service of Summons and returned the fully executed Waiver to Plaintiff's counsel on April 19, 2019.

3. Pursuant to the Rule 4 Waiver, the Parties agree that Defendant has until June 25, 2019 to respond to the Complaint.

4. Notwithstanding Defendant's Waiver of Service of Summons, on April 29, 2019, Plaintiff inadvertently served Defendant and filed the Certificate of Service with this Court on May 6, 2019. However, Defendant's deadline to respond to the Complaint had already been set for June 25, 2019.

5. Thus, the Parties agree that Defendant's deadline to respond to the Complaint is June 25, 2019 pursuant to Defendant's Waiver of Service and was not reset by Plaintiff's inadvertent service of the Complaint on April 29, 2019.

Respectfully submitted this 24th day of May 2019.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

s/ Timothy B. McConnell
Timothy B. McConnell, BPR No. 019136
Jacob S. Gibson, BPR No. 035145
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: (865) 549-7000
tmcconnell@bakerdonelson.com
jgibson@bakerdonelson.com

Pamela Q. Devata (to be admitted *pro hac vice*)
John W. Drury (to be admitted *pro hac vice*)
Selyn Hong (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
pdevata@seyfarth.com
jdrury@seyfarth.com
shong@seyfarth.com

*Attorneys for Defendant*

s/ Hans W. Lodge
Hans W. Lodge, BPR No. 022736
BERGER MONTAGUE, PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
(612) 607-7794
hlodge@bm.net

s/ Micah S. Adkins
Micah S. Adkins, BPR No. 006263
THE ADKINS FIRM, PC
1025 Westhaven Boulevard, Suite 220
Franklin, TN 37064
(615) 370-9659
MicahAdkins@ItsYourCreditReport.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been filed electronically on May 24, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Timothy B. McConnell
Timothy B. McConnell

4843-5232-9880v1