UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JOHN GLEN JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:19-cv-00114-HSM-HBG |
| v. | ) |
| | ) |
| **APPFOLIO, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff John Glen Johnson ("Plaintiff") and Defendant AppFolio, Inc. ("AppFolio") (together referred to as "the Parties"), by and through their respective attorneys, hereby submit this joint notice of settlement and motion to stay the Court's deadlines, and state the following:

1. On June 24, 2019, the Parties reached a settlement in principle.

2. The Parties anticipate that they will soon be prepared to file a Stipulation of Dismissal with Prejudice.

3. Because the Parties have reached a settlement in principle and need time to finalize a settlement agreement, the Parties request to stay all case activity in this action for sixty (60) days.

4. This request is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, the Parties jointly submit this Notice of Settlement and request that this Court enter an order to stay for sixty days (60) all activity pending the filing of the Stipulation of Dismissal with Prejudice.

Respectfully submitted this 24th day of June 2019.

| | |
|---|---|
| s/ Hans W. Lodge | s/ Pamela Q. Devata |
| Hans W. Lodge, BPR No. 022736 | Pamela Q. Devata (admitted *pro hac vice*) |
| BERGER MONTAGUE, PC | Selyn Hong (admitted *pro hac vice*) |
| 43 SE Main Street, Suite 505 | SEYFARTH SHAW LLP |
| Minneapolis, MN 55414 | 233 South Wacker Drive, Suite 8000 |
| (612) 607-7794 | Chicago, Illinois 60606 |
| hlodge@bm.net | (312) 460-5000 |
| | pdevata@seyfarth.com |
| | jdrury@seyfarth.com |
| | shong@seyfarth.com |
| s/ Micah S. Adkins | |
| Micah S. Adkins, BPR No. 006263 | Timothy B. McConnell, BPR No. 019136 |
| THE ADKINS FIRM, PC | Jacob S. Gibson, BPR No. 035145 |
| 1025 Westhaven Boulevard, Suite 220 | BAKER, DONELSON, BEARMAN, |
| Franklin, TN 37064 | CALDWELL & BERKOWITZ |
| (615) 370-9659 | 265 Brookview Centre Way, Suite 600 |
| MicahAdkins@ItsYourCreditReport.com | Knoxville, Tennessee 37919 |
| | Telephone: (865) 549-7000 |
| *Attorneys for Plaintiff* | tmcconnell@bakerdonelson.com |
| | jgibson@bakerdonelson.com |
| | |
| | *Attorneys for Defendant* |