# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOHN GLEN JOHNSON, | ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:19-cv-00114-HSM-HBG ) |
| APPFOLIO, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Glen Johnson and Defendant AppFolio, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 10th day of July 2019

s/ Hans W. Lodge
Hans W. Lodge, BPR No. 022736
BERGER MONTAGUE, PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 607-7794
hlodge@bm.net

s/ Micah S. Adkins
Micah S. Adkins, BPR No. 006263
THE ADKINS FIRM, PC
1025 Westhaven Boulevard, Suite 220
Franklin, TN 37064
Telephone: (615) 370-9659
MicahAdkins@ItsYourCreditReport.com

*Attorneys for Plaintiff*

s/ Selyn Hong
Timothy B. McConnell, BPR No. 019136
Jacob S. Gibson, BPR No. 035145
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: (865) 549-7000
tmcconnell@bakerdonelson.com
jgibson@bakerdonelson.com

Pamela Q. Devata (admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
pdevata@seyfarth.com

1

Selyn Hong (admitted *pro hac vice*)
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
shong@seyfarth.com

*Attorneys for Defendant*